*Tuesday, July 21, 1992*
## MOTION DOCKET

**92–1253.** State v. Wood. *Greene County*, No. 91CA65. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Greene County and as a claimed appeal as of right from said court. Upon consideration of appellee's motion to release or, in the alternative, to set bond,

IT IS ORDERED by the court said motion be, and the same is hereby, denied, effective July 20, 1992.

DOUGLAS, J., would remand to the trial court for the sole purpose of its setting bail in accordance with Crim.R. 46.

H. BROWN, J., would grant.

**92–1343.** State ex rel. Ruehlmann v. Luken. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relators' request for expedited briefing schedule and oral argument and the motion of the Hamilton County Democratic Party for leave to file brief *amicus curiae*,

IT IS ORDERED by the court, effective July 20, 1992, that said request for expedited briefing schedule be, and the same is hereby granted, and the parties shall comply with the following briefing schedule. Relators' brief(s) and any evidence the relators intend to present shall be filed on or before July 23, 1992. Respondents' brief(s) and any evidence the respondents intend to present shall be filed on or before July 27, 1992.

IT IS FURTHER ORDERED that said request for oral argument be, and the same is hereby, denied.

IT IS FURTHER ORDERED by the court that said motion for leave to file brief *amicus curiae* be, and the same is hereby, granted.

RESNICK, J., would deny the motion for leave to file *amicus*.

MOYER, C.J., not participating.

*Wednesday, July 22, 1992*
## MISCELLANEOUS DISMISSALS

**91–930.** State ex rel. Frenz v. Gwin. *Stark County*, No. CA–8515. Cause dismissed, on appellants' application for dismissal, effective July 20, 1992.

**92–452.** Shoemaker v. Crawford. *Franklin County*, No. 91AP–358. Cause dismissed, on joint application for dismissal, effective July 21, 1992.

**92–857.** Wissel v. Ohio High School Athletic Assn. *Hamilton County*, Nos. C–900397 and C–900566. Cause dismissed, on joint application for dismissal, effective July 20, 1992.

**92–1098.** Sales Consultants v. Buehler Lumber Co. *Cuyahoga County*, No. 62613. *Sua sponte*, cause dismissed for want of prosecution, effective July 17, 1992.

**92–1114.** Columbus v. Bravi. *Franklin County*, No. 91AP–673. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and as a claimed appeal as of right from said court and was considered in a manner prescribed by law. On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.